# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RONALD SUTTON,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION 07-00140-CG-B ) |
| **WARDEN OF WEST CARROLL DETENTION CENTER.** | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that the clerk of court **TRANSFER** this action the United States District Court for the Northern District of Alabama, the district in which the alleged cause of action arose.

**IT IS FURTHER ORDERED** that determination of petitioner's pauper status be deferred to the transferee court for resolution and disposition.

**DONE and ORDERED** this 31st day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE